01

02

03

04

05                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  UNITED STATES OF AMERICA,          )   CASE NO. MJ 15-580
                                       )
08          Plaintiff,                 )
                                       )
09          v.                         )   DETENTION ORDER
                                       )
10  RAMOS LAZO GUTIERREZ,              )
                                       )
11          Defendant.                 )
    _____)

12

13  Offenses charged:

14  Defendant is charged in two of the four counts of the complaint:

15          1.   Conspiracy to Distribute Cocaine, 500+ grams.

16               Potential imprisonment: 5 years minimum, 40 years maximum

17          2.   Possession of cocaine with intent to Distribute, 500+ grams.

18               Potential imprisonment: 5 years minimum, 40 years maximum

19  Date of Detention Hearing:    December 23, 2015.

20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21  based upon the factual findings and statement of reasons for detention hereafter set forth,

22  finds that no condition or combination of conditions which defendant can meet will

DETENTION ORDER
PAGE -1

01  reasonably assure the safety of other persons and the community, or defendant's future

02  appearances.

03  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

04  (1) The Indictment charges defendant with two controlled substances offenses, each of which

05    carries a maximum penalty in excess of ten years of imprisonment.  There is therefore a

06    rebuttable presumption of detention.  Although some information has been presented in

07    support of defendant's request for release, the court is nevertheless required to give some

08    weight to the presumption.  The court finds that the information in support of proposed

09    release does not effectively rebut the presumption.

10  (2) As outlined in the affidavit supporting the complaint, defendant participated in the display

11    and attempted sale of three kilos of cocaine to a person who turned out to be a confidential

12    informant.  He also negotiation for the possible sale of 40-50 kilos of cocaine to the same

13    person, at a price of $37,000 per kilo.

14  (3) During these discussions, a co-defendant possessed a Ruger pistol, which was loaded and

15    had a round in the chamber.  That co-defendant has admitted to law enforcement that he

16    was hired to provide armed security to protect the cocaine dealers and the cocaine, and

17    that he was to receive $3,000 to $4,000 for providing this protection.

18  (4) Defendant's participation in these attempted sales of very large quantities of cocaine, and

19    his co-defendant's use of a loaded firearm, each raise very serious concerns about the

20    danger defendant would pose to other persons and the community if he were released.

21  (5) Defendant is not a U.S. citizen.  It appears he is illegally present in the United States.  The

22    government indicated that immigration authorities have lodged a detainer against him.

DETENTION ORDER
PAGE -2

01   (6) If convicted of the charges in the complaint, defendant faces a mandatory minimum

02        sentence of five years.  The maximum potential sentence is considerably higher.  This

03        provides defendant a very substantial incentive to flee, if released.

04   (7) Defendant's prior record includes two serious traffic offenses.     He failed to appear in

05        both cases, and bench warrants were issued.

06   (8) Defendant's parents and two siblings all reside in Mexico.  While defendant's wife and

07        children reside in this area, there would nevertheless be very strong incentives for him to

08        flee to Mexico, if released.

09   (9) While he was negotiating to sell cocaine, defendant told his potential customer that he

10        belonged to an organization which identified an informer, and arranged to have him

11        murdered in Chicago.

12   (10)     Defendant therefore presents a danger to other persons and the community, and a

13        significant risk of non-appearance.  There are no conditions of release he can meet which

14        would adequately address these risks.

15   It is therefore ORDERED:

16        1.  Defendant shall be detained pending trial and committed to the custody of the

17             Attorney General for confinement in a correction facility separate, to the extent

18             practicable, from persons awaiting or serving sentences or being held in custody

19             pending appeal;

20        2.  Defendant shall be afforded reasonable opportunity for private consultation with

21             counsel;

22        3.  On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -3

01      person in charge of the corrections facility in which defendant is confined shall deliver

02      the defendant to a United States Marshal for the purpose of an appearance in

03      connection with a court proceeding;

04    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05      for the defendant, to the United States Marshal, and to the United States Pretrial

06      Services Officer.

07    DATED this 23rd day of December, 2015.

08                       s/ John L. Weinberg
                          United States Magistrate Judge

DETENTION ORDER
PAGE -4