THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  CR16-011-MJP |
| Plaintiff, | ) |
| | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO CONTINUE TRIAL |
| v. | ) DATE AND EXTEND PRETRIAL |
| | ) MOTIONS DEADLINE |
| RAMOS LAZO GUTIERREZ | ) |
| ISIDRO TORRES-GALVEZ, | ) |
| LUIS MARTINEZ-RAMOS, | ) |
| JOSE ANGULO-CARRIZOSA, | ) |
| | ) |
| Defendant(s). | ) |

This matter comes before the Court on an unopposed motion to continue the trial date beyond March 28, 2016, and to extend the pretrial motions deadline. Mr. Lazo Gutierrez has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. The Court has reviewed the motion papers, Mr. Lazo Gutierrez's waiver, and the relevant record, and has considered the factors outlined in 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

The Court finds based upon its consideration of those factors that the ends of justice served by granting a continuance outweigh the interests of the public and the defendant in a more speedy trial, given defense counsel's reasonable need for additional time to prepare for trial and advise Mr. Lazo Gutierrez given the nature of the

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Ramos Lazo Gutierrez;* CR16-011-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

allegations in this case and the defense's need for additional time to review and analyze discovery, conduct legal research, complete investigation, advise Mr. Lazo Gutierrez, and prepare for trial.

IT IS ORDERED that the trial date in this matter shall be continued to August 22, 2016, and that pretrial motions shall be filed no later than April 25, 2016. The period of delay from the date of this Order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 14th day of March, 2016.

Marsha J. Pechman
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Ramos Lazo Gutierrez

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Ramos Lazo Gutierrez;* CR16-011-MJP) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100